UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-7968

JAMES B. WEERSING,

Plaintiff - Appellant,

versus

S. CAPTAIN, SHIFT SUPERVISOR; C. MITCHELL,
Grievance Officer; CALVIN ANTHONY, Warden;
GARY MAYNARD, Director, South Carolina
Department of Corrections,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Anderson. Margaret B. Seymour, District Judge.
(CA-01-308-8-24BI)

Submitted: June 30, 2004          Decided: July 19, 2004

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James B. Weersing, Appellant Pro Se. Andrew Foster McLeod, HARRIS
& MCLEOD, Cheraw, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James B. Weersing appeals from the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint without prejudice for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Weersing v. Sanyo, No. CA-01-308-8-24BI (D.S.C. Nov. 3, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED